IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane DOE, a minor, John Doe, individually and as father and next friend of Jane Doe, and Janet Doe, individually and as mother and next friend of Jane Doe,<br><br>Plaintiffs,<br>v.<br><br>EVERGREEN PARK ELEMENTARY SCHOOL DISTRICT 124; CENTRAL MIDDLE SCHOOL; ROBERT MACHAK, individually and as superintendent of schools; RITA SPARKS, individually and as principal of Central Middle School; TRAYON SALLIS, individually and as assistant principal of Central Middle School; PAOLA POLASEK, individually and as a teacher at Central Middle School;<br><br>Defendants. | Case No. 1:17-cv-3774 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs Jane DOE, a minor, John Doe, individually and as father and next friend of Jane Doe, and Janet Doe, individually and as mother and next friend of Jane Doe, by and through their attorneys, Nixon Peabody, LLP and pursuant to Federal Rules of Civil Procedure 15(a) and 39(b), move this Court for leave to file an amended complaint to include a demand for trial by jury. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs filed the original complaint in this action on May 19, 2017 (Doc. No. 1). On the same date, Plaintiffs also filed the required civil cover sheet (Doc. No. 2).

2. At the time the original complaint was filed, Plaintiffs intended to make a jury demand and indicated as much on the civil cover sheet (See Doc. No. 2).

3. However, due to a scrivener's error, the language indicating Plaintiffs' jury demand was omitted from the caption on the face of the original complaint.

4. Plaintiffs' discovered this omission upon review of the docket in preparation for the presentation of Defendants' Motion to Dismiss (Doc. No. 18), which is scheduled for July 11, 2017.

5. Thus, Plaintiffs now seek leave to amend their original complaint for the sole purpose of including a jury demand. No other changes are proposed.

6. Federal Rule of Civil Procedure 15(a) states that leave to amend a pleading "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2).

7. Rule 39(b) grants district courts the power to order a jury trial on any issue for which a jury *might* have been demanded. *See* Fed. R. Civ. P 39(b).

8. Plaintiffs' original complaint includes claims under Title IX of the Civil Rights Act and 42 U.S.C. §1983 and seek monetary damages. Claims under the Civil Rights Act and 42 U.S.C. §1983 seeking more than nominal damages are triable to a jury as a matter of right. *See generally,* U.S. Const. amend. VII; *Dairy Queen v. Wood,* 369 U.S. 469, 472–73 (1962); *Beacon Theatres v. Westover,* 359 U.S. 500, 510–11 (1959).

9. Under the circumstances presented here, justice requires that the Plaintiffs be granted leave to amend their original complaint to include a demand for trial by jury.

10. This Court has the authority to grant the amendment and the seventh circuit has held that in the absence of strong and compelling reasons to the contrary, untimely jury demands should be granted. *See Merritt v. Faulkner*, 697 F.2d 761, 767 (7th Cir. 1983).

11. Because this case is in its early stages, granting Plaintiffs' motion will not prejudice the Defendants or cause undue delay.

WHEREFORE, Plaintiffs respectfully request that this Court grant its motion for leave to file an amended complaint for the sole purpose of including the jury demand Plaintiffs originally intended and any other relief in Plaintiffs' favor this Court deems just and proper.

Dated: July 7, 2017                    Respectfully submitted,


                                       */s/ Elizabeth Z. Meraz*

                                       Michael A. Ficaro
                                       Elizabeth Zamora Meraz
                                       Maureen C. Mullen
                                       **NIXON PEABODY LLP**
                                       70 West Madison, Suite 3500
                                       Chicago, IL, 60602-4224
                                       (312) 977-4456
                                       (844) 571-6778 (Facsimile)

                                       *Attorneys for Jane Doe*

## CERTIFICATE OF SERVICE

The below attorney hereby certifies that on July 7, 2017, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system.

/s/ <em>Elizabeth Z. Meraz</em>