**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE, a minor, JOHN DOE,** | ) | |
| **individually and as father and next** | ) | |
| **friend of JANE DOE, and JANET** | ) | |
| **DOE, individually and as mother and** | ) | |
| **next friend of JANE DOE,** | ) | **No. 1:17-cv-3774** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Sara L. Ellis** |
| | ) | |
| **v.** | ) | **Magistrate Judge M. David Weisman** |
| | ) | |
| **EVERGREEN PARK ELEMENTARY** | ) | |
| **SCHOOL DISTRICT 124; ROBERT** | ) | |
| **MACHAK, individually and as superintendent** | ) | |
| **of schools; RITA SPARKS, individually and** | ) | |
| **as principal of Central Middle School;** | ) | |
| **TRAYON SALLIS, individually and as** | ) | |
| **assistant principal of Central Middle School;** | ) | |
| **and PAOLA POLASEK, individually and as a** | ) | |
| **teacher at Central Middle School,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>INITIAL STATUS REPORT FOR REASSIGNED CASE</u>**

The parties, the Board of Education of Evergreen Park Elementary School District No.

124, Robert Machak, Rita Sparks, Trayon Sallis, and Paola Polasek (collectively, "Defendants"),

and John Doe and Janet Doe, individually and as parents and next friends of Jane Doe, a minor

(collectively, "Plaintiffs"), by and through respective undersigned counsel, submit this Initial

Status Report for Reassigned Case, as ordered by this Court on June 4, 2018:

**Nature of the Case**

1.      The attorneys of record for Plaintiffs are: Floyd D. Perkins, Elizabeth Zamora

Meraz, and Maureen Claire Mullen of the law firm Nixon Peabody LLP.  The attorneys of record

for Defendants are: Babak Bakhtiari and Christopher Schaeffer of the law firm Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP.

2.     The basis for federal jurisdiction is 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Plaintiffs also invoke supplemental jurisdiction over pendent state law claims under 28 U.S.C. § 1367.

3.     Plaintiffs filed their Second Amended Complaint against Defendants on January 19, 2018, alleging that Defendants (1) violated Title IX of the Education Amendments of 1972, (2) were negligent/grossly negligent, and (3) negligently inflicted emotional distress.

4.     Plaintiffs seek monetary damages, punitive damages, and tuition costs for educational placement in a private school.

**Pending Motions and Case Plan**

5.     No motions are currently pending.  The parties were in the midst of discovery, which has been stayed pending Court approval of a settlement agreement between the parties. Court approval is necessary, because the settlement is on behalf of a minor.

6.     Written discovery has been issued.  But discovery was stayed by Judge St. Eve pending approval of a settlement agreement between the parties. In the unlikely event that the settlement agreement between the parties is not approved, discovery will include production of documents and depositions.

7.     Judge St. Eve granted Defendants' initial motion to dismiss, after which Plaintiffs filed their Second Amended Complaint.  Defendants answered the Second Amended Complaint.

8.     At this juncture, the only anticipated motion is one to have this Court approve a settlement agreement between the parties. In the unlikely event that that the settlement agreement is not approved, the parties will likely file dispositive motions.

9.    Plaintiffs requested a jury trial.    In the unlikely event that the settlement agreement between the parties is not approved, a trial will likely last three days.    It is unclear when the parties will be ready for trial, as discovery was stayed by Judge St. Eve pending approval of the settlement agreement.    No final pretrial order has been filed, nor is there a current deadline to file a final pretrial order.

10.    The parties agreed to service of pleadings and other papers by electronic means under Fed. R. Civ. P. 5(b)(2)(E).

**Referrals and Settlement**

11.    This case had not been referred to the Magistrate Judge for discovery supervision or a settlement conference.

12.    The parties have agreed to settlement, which is encapsulated in a draft Settlement Agreement and General Release.    Before the Board of Education of Evergreen Park Elementary School District No. 124 can fully approve the Settlement Agreement pursuant to the Open Meetings Act, however, court approval is required.    Specifically, this Court must approve the settlement because it is on behalf of the minor Plaintiff.

13.    No settlement conference before the Magistrate Judge is necessary, as the parties have already reached terms on a Settlement Agreement and General Release.

14.    The parties do not consent unanimously to proceed before a Magistrate Judge for all purposes.

Respectfully submitted,

**BOARD OF EDUCATION OF**
**EVERGREEN PARK ELEMENTARY**
**SCHOOL DISTRICT 124**

By:  /s/ Babak Bakhtiari

Babak Bakhtiari
Hodges, Loizzi, Eisenhammer,
    Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005

*Counsel for Defendants*

**JOHN DOE and JANET DOE, Individually**
**and as Parents and Next friends of JANE**
**DOE, a minor**

By:  /s/ Elizabeth Zamora Meraz (w/consent)

Elizabeth Zamora Meraz
Nixon Peabody LLP
Three First National Plaza
70 West Madison, Suite 3500
Chicago, Illinois 60602-4224

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

Babak Bakhtiari, an attorney, certifies that on June 12, 2018, a true and correct copy of the foregoing **Initial Status Report for Reassigned Case** was electronically filed with the Clerk of the U.S. District Court of the Northern District of Illinois, Eastern Division, via its CM/ECF System and was electronically served to all counsel of record.

Floyd D. Perkins
Elizabeth Zamora Meraz
Maureen C. Mullen
Nixon Peabody LLP
Three First National Plaza
70 West Madison, Suite 3500
Chicago, Illinois 60602-4224
(312) 977-4456
(844) 571-6778 (Facsimile)

By: /s/ Babak Bakhtiari
Attorney for Defendants

Babak Bakhtiari (ARDC#6291376)
Christopher L. Schaeffer (ARDC #6321448)
HODGES, LOIZZI, EISENHAMMER,
  RODICK & KOHN LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Facsimile)

510023_1